UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWAYLA MITCHELL, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:22-CV-3283-JLS |
| KGB USA, INC. AND CONDUIT GLOBAL, INC., | : |
| Defendants. | : |

ORDER GRANTING JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT

AND NOW, this 7th day of Dec 2022, upon consideration of the parties' Joint Motion for Approval of Settlement Agreement, and for good cause shown, the Court makes the following Findings and Conclusions:

FINDINGS AND CONCLUSIONS

1. The parties believe that considering the costs and risks of continuing this litigation, it is in their best interests to fully and finally resolve Plaintiff's claims. They have presented the Court with a proposed Settlement Agreement and Release ("Settlement Agreement") and have jointly asked the Court for its approval.

2. Pursuant to the Settlement Agreement, Defendants shall pay to Plaintiff and her attorneys the sum Fourteen Thousand Fifty Six Dollars and Forty-Seven Cents ($14,056.47).

3.      Defendant's payment of the Settlement Proceeds is in complete satisfaction of all outstanding claims in this case.  In exchange for the payment indicated above, Plaintiff waives and releases Defendants from all of the causes of action alleged in the Complaint, as well as all causes of action under Pennsylvania wage statutes, that accrued prior to the date of this Order.

4.      I find that the terms of the settlement, the amount of the Settlement Proceeds, and the proposed distribution to Plaintiff and to her counsel to be fair and reasonable. I also approve the 50%-50% allocation between back pay and liquidated damages as set forth in the Settlement Agreement.

Based upon the foregoing, it is hereby **ORDERED** that: the parties' Joint Motion for Approval of the Settlement Amount is **GRANTED**; the Settlement Agreement is hereby **APPROVED**; and this action is **DISMISSED**, with prejudice.

BY THE COURT:

/s/ Jeffrey L. Schmehl
                J.